UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACKIE GREEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2073** |
| **BURL CAIN, WARDEN** | **SECTION: "H"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Jackie Green is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of November, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**